UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NESTED BEAN, INC. WEIGHTED SLEEP PRODUCTS LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) This Document Relates To: All Actions/ | Master File No. 24-cv-11299 |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Roz Saedi, Amanda Otto, Amy Hawes, Lauryn Massari and Aziza Salameh (collectively, "Plaintiffs") and Defendant Nested Bean, Inc. ("Defendant"), being all of the parties hereto, through their respective counsel, hereby stipulate to dismiss with prejudice Plaintiffs' individual claims against Defendant in above-captioned action. All parties have agreed to waive all rights to appeal and to bear their own attorneys' fees and costs.

*Attorneys for Plaintiff Roz Saedi*

By: */s/ Bart D. Cohen*
    Bart D. Cohen, Esq.
    **BAILEY & GLASSER, LLP**
    1622 Locust Street
    Philadelphia, PA 19103
    (215) 274-9420
    bcohen@baileyglasser.com

    Elizabeth Ryan, Esq. (BBO No. 549632)
    **BAILEY & GLASSER, LLP**
    176 Federal Street, 5th Floor
    Boston, MA 02110
    (617) 439-6730

*Attorneys for Plaintiffs Amanda Otto and Amy Hawes*

By: *Nyran Rose Rasche*
    Nyran Rose Rasche (*pro hac vice*)
    **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
    135 S. LaSalle, Suite 3210
    Chicago, Illinois 60603
    Telephone: (312) 782-4880
    Facsimile: (312) 782-4485
    nrasche@caffertyclobes.com
    alee@caffertyclobes.com

|  |  |
|---|---|
| eryan@baileyglasser.com | *Attorneys for Plaintiffs Lauryn Massari and Aziza Salameh* |
| By:/s/ Zachary Arbitman | |
| Alan M. Feldman* | By: /s/ Bahar Sodaify |
| Zachary Arbitman* | Ryan J. Clarkson |
| George Donnelly* | Bahar Sodaify |
| **FELDMAN SHEPHERD** | Alan Gudino |
| **WOHLGELERNTER TANNER** | CLARKSON LAW FIRM P.C. |
| **WEINSTOCK & DODIG, LLP** | 22525 Pacific Coast Highway |
| 1845 Walnut Street, 21st Floor | Malibu, CA 90265 |
| Philadelphia, PA 19103 | Tel: (213) 788-4050 |
| T: (215) 567-8300 | Fax: (213) 788-4070 |
| F: (215) 567-8333 | rclarkson@clarksonlawfirm.com |
| afeldman@feldmanshepherd.com | bsodaify@clarksonlawfirm.com |
| zarbitman@feldmanshepherd.com | agudino@clarksonlawfirm.com |
| gdonnelly@feldmanshepherd.com | |
| By: /s/ Benjamin Heikali | *Attorneys for Defendant, Nested Bean, Inc.* |
| Benjamin Heikali | |
| TREEHOUSE LAW, LLP | |
| 3130 Wilshire Blvd., Suite 555 | |
| Santa Monica, CA 90403 | |
| (310) 751-5928 | |
| bheikali@treehouselaw.com | By: /s/ Stephen F. Gordon |
|  | Stephen F. Gordon (BBO No. 203600) |
| By: /s/ Melissa S. Weiner | Todd B. Gordon (BBO No. 652482) |
| Melissa S. Weiner | **THE GORDON LAW FIRM LLP** |
| Rachel Soffin | 57 River Street, Suite 200 |
| Ryan T. Gott | Wellesley, MA 02481 |
| PEARSON WARSHAW, LLP | Tel:  (617) 261-0100 |
| 328 Barry Avenue S., Suite 200 | Email:  sgordon@gordonfirm.com |
| Wayzata, Minnesota 55391 |           tgordon@gordonfirm.com |
| (612) 389-0600 | |
| mweiner@pwfirm.com | |
| rsoffin@milberg.com | |
| rgott@pwfirm.com | |